UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 22, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD LARRY YANKA, JR.,<br><br>　　　　Defendant. | Case No.  2:21-mj-00178-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  RONALD LARRY YANKA, JR. , Case No.  2:21-mj-00178-AC  Charge with Violation of Pretrial Service Conditions, from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

　　_____   Unsecured Appearance Bond $ _____

　　_____   Appearance Bond with 10% Deposit

　　_____   Appearance Bond with Surety

　　_____   Corporate Surety Bail Bond

　　__X__   (Other):     Conditions of PTR previously imposed

Issued at Sacramento, California on November 22, 2021 at 2:30 PM

By:  _/s/ Allison Claire_____

Magistrate Judge Allison Claire